# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rajesh Shankar Sapkota, | No. CV-26-01486-PHX-JJT (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, *et al.*, | |
| Respondents. | |

Petitioner challenged his present immigration detention on constitutional and statutory grounds. (Doc. 1.) The Court directed Respondents to show cause why Petitioner's Petition should not be granted. (Doc. 5.) Respondents' response stated:

> Undersigned counsel has been unable to ascertain sufficient facts regarding the circumstances surrounding Petitioner's arrest to show cause why the petition should not be granted. Accordingly, Respondents do not oppose Petitioner's release from custody at this time.

(Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

. . .

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 12th day of March, 2026.

Honorable John J. Tuchi
United States District Judge